677 A.2d 1077

HANGARS, INC.

v.

MARYLAND AVIATION ADMINISTRATION.

No. 8, Sept. Term, 1996.

Court of Appeals of Maryland.

June 18, 1996.

Benjamin Lipsitz, Baltimore, for petitioner.

Janice G. Salzman and Brian G. Kim, Assistant Attorneys General, Maryland Aviation Administration, of BWI Airport, for respondent.

Submitted before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

PER CURIAM.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted, it is this 18th day of June, 1996.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.